REINHARDT, Circuit Judge,
dissenting:
I would remand Jones’s case for an evi-dentiary hearing. A petitioner seeking relief under 28 U.S.C. § 2255 is entitled to an evidentiary hearing “[ujnless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief.” 28 U.S.C. § 2255(b); United States v. Leonti, 326 F.3d 1111, 1116 (9th Cir. 2003). Here, the district court rejected Jones’s request for an evi-dentiary hearing and “decide[d] the matter on the papers submitted and without oral argument.” Moreover, no record pertaining to the Fourth Amendment issue was developed at trial because Jones’s lawyer never moved to suppress the evidence obtained in the search—exactly what Jones contends constitutes ineffective assistance of counsel. In its current form, the record does not provide a sufficient basis on which to determine whether the search violated the Fourth Amendment.